**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 09-2067**

———————————

RALPH JAFFE,

                Plaintiff – Appellant,

      v.

MARTIN O'MALLEY, Governor; ALVIN COLLINS, General Services
Secretary; PHILIP PALMERE, Chief,

              Defendants – Appellees.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, Chief District
Judge.  (1:09-cv-02120-BEL)

———————————

Submitted:  December 15, 2009    Decided:  December 17, 2009

———————————

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ralph Jaffe, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ralph Jaffe appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jaffe v. O'Malley, No. 1:09-cv-02120-BEL (D. Md. Sept. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED